STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

John C. Jacobs
Joubert Law Firm
2171 Quail Run Drive, Ste B
Baton Rouge LA 70808

**REHEARING ACTION: April 22, 2015**

**Docket Number: 14   01209-CW**

**ALAN BYARGEON, ET AL.**
**VERSUS**
**CONCORDIA CHAMBER OF COMMERCE,**
**INC., ET AL.**

**Writ Application from Concordia Parish Case No. 48353-A**

**BEFORE JUDGES:**

> Hon. John D. Saunders
> Hon. Marc T. Amy
> Hon. James T. Genovese
> Hon. Shannon J. Gremillion
> Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the "Application for

En Banc Rehearing, or in the alternative, Application for Rehearing" filed by **Alan**

**Byargeon, et al** has this day been

> **DENIED.**
> Saunders, J., would grant the rehearing, but deny the request for en banc.
>
> Amy, J., would deny both the rehearing and the request for en banc as not
> timely filed.

cc: Victoria R. Murry, Counsel for  the Respondent
    Kenneth Anderson Brister, Counsel for  the Respondent
    Gregory Alexis Grefer, Counsel for  the Respondent
    Edward Coleman Taylor, Counsel for the Applicant
    Carter Burns, Counsel for  the Respondent
    Scott B. McLemore, Counsel for  the Respondent
    L. Adam Thames, Counsel for  the Respondent
    Walter Brown, Counsel for  the Respondent
    Josiah William Seibert, III, Counsel for  the Respondent
    Thomas Moore Hayes, III, Counsel for  the Respondent